McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-420 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUMMARY ORDER |
| | ) | |
| CHRISTIAN MICHAEL GAMBOA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This case came before the court for a status conference on January 17, 2007.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian. Defendant Christian Michael Gamboa appeared in custody, and was represented by Attorney John Rodriguez.

The parties informed the court that a plea had been negotiated in this case, but that the plea agreement still needed to be reduced to writing.  The parties therefore requested that a change of plea hearing be calendared for February 21, 2007.  Both parties agreed that time should be excluded through February 21, 2007, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

1      ACCORDINGLY: This matter is set for a change of plea hearing
2 on February 21, 2007.  Pursuant to the agreement of both parties,
3 time is excluded through February 21, 2007, from computation under
4 the Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
5 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
6 time to prepare his case.

8      IT IS SO ORDERED.

10 DATED: January 26, 2007
                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

2