LAWRENCE G. BROWN
Acting United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN MICHAEL GAMBOA,<br><br>Defendant. | 2:06-CR-00420-001 LKK<br><br>ORDER |

Pursuant to 18 U.S.C. § 3613(c) and (f), on motion by the United States of America, this Court orders the Fairfield Police Department to turn over possession of the items listed in Exhibit A, appended hereto, to the Bank of America, so that the Bank of America may sell said items and apply the proceeds and the cash toward the restitution debt owed to it by Defendant and his accomplice, Jason Alan Ordonez.

SO ORDERED.

Dated: May 8, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order         1